IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KRISTA ANN ROSKY,

    Plaintiff,　　　　　　　　　　　　C.A. No. 09-1051

PLUM BOROUGH and
ALLEGHENY COUNTY,

    Defendants.

## ORDER OF COURT

AND NOW, to-wit, this 23rd day of Feb, 2010, it is hereby ORDERED, ADJUDGED and DECREED that Defendant Allegheny County's Motion to Lift Default is GRANTED.

By the Court:

_____ J.