IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTA ANN ROSKY,<br><br>    Plaintiff,<br><br>v.<br><br>PLUM BOROUGH and<br>ALLEGHENY COUNTY,<br><br>    Defendants. | Civil Action No. 09-1051-GLL<br><br>JUDGE GARY L. LANCASTER<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION FOR DISMISSAL

The parties hereby stipulate and agree that Plaintiff's claims against Defendants, PLUM BOROUGH and ALLEGHENY COUNTY in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

/s/ *John F. Mizner*
John F. Mizner, Esquire
PA I.D. No. 53323
Renaissance Center
1001 State Street, Suite 1400
Erie, PA 16501-1823
*Counsel for Plaintiff*

/s/ *Thomas P. McGinnis*
Thomas P. McGinnis, Esquire
PA I.D. No. 46666
Thomas, Thomas & Hafer LLP
One Oxford Centre, Suite 1150
301 Grant Street
Pittsburgh, PA 15219
*Counsel for Defendant, Plum Borough*

/s/ *Craig E. Maravich*
Assistant County Solicitor
PA I.D. No. 86219
Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
*Counsel for Defendant, Allegheny County*

**ORDER**

AND NOW, this 15TH day of SEPTEMBER, 2010, IT IS SO ORDERED.

_____
United States District Judge